UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-10033-CR-KING

UNITED STATES OF AMERICA

vs.

AGUSTIN TORRES-CHAVECO

Defendants.
_____/

## ORDER ON MOTION TO
## EXTEND OF SURRENDER DATE

THIS CAUSE came before the Court on June 3, 2009, upon the Defendants' Motion to Extend Surrender Date and the government having no objection. The Court having reviewed the attached motion and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

Defendants' Motion is granted.

Defendants' new surrender date is now July 17, 2009

DONE AND ORDERED in Chambers at Dade County, Florida this ___5___ day of _June_, 2009.

_____
Honorable James Lawrence King

Copies furnished to
Martin Beguiristain, Esq.
Strider Dickson, Esq.